**No. 61654.**—Lissco Trading Corp. and Rohner Gehrig & Co., Inc. *v.* United States, protest 306626–K (B) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.

**No. 61655.**—Skins Trading Corp. *v.* United States, protest 307214–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiff was sustained.